ACCEPTED
03-15-00025-CV
5988590
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/8/2015 5:11:22 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00025-CV

In The Court of Appeals For The Third District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/8/2015 5:11:22 PM
JEFFREY D. KYLE
Clerk

APPELLANTS/CROSS-APPELLEES LAKEWAY REGIONAL MEDICAL CENTER, LLC
AND SURGICAL DEVELOPMENT PARTNERS, LLC,

v.

APPELLEES LAKE TRAVIS TRANSITIONAL LTCH,
BRENNAN, MANNA & DIAMOND, LLC AND FRANK T. SOSSI,

APPELLANTS' FIRST UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS'
OPENING BRIEFS

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellants Lakeway Regional Medical Center, LLC ("LRMC") and Surgical Development Partners, LLC ("SDP") timely file this *Unopposed* Motion to Extend Time to File Their Opening Briefs.

LRMC's and SDP's opening appellants' briefs[1] are currently due on July 30, 2015. LRMC and SDP seek an extension, making their briefs due on August 31, 2015.

---

[1] At this time, it has not been determined whether LRMC and SDP will file separate briefs or joint briefs.

1

This is LRMC and SDP's <u>first</u> request for an extension of time to file their opening briefs.

## BACKGROUND

1. This case is on appeal from the 345th Judicial District Court of Travis County, Texas.

2. The case below was styled *Lake Travis Transitional LTCH, LLC n/k/a Lake Travis Specialty Hospital, L.L.C. v. Lakeway Regional Medical Center, LLC, Surgical Development Partners, LLC, Brennan, Manna & Diamond, LLC, Brennan, Manna & Diamond, P.L., and Frank T. Sossi* and numbered D-1-GN-12-000983.

3. The Judgment was signed on October 16, 2014.

4. The Judgment is for actual damages in the amount of $7,900,000, plus prejudgment interest on that sum, plus $2,000,000 in attorneys' fees, plus all costs of court, plus post-judgment interest on the sum total of each of the foregoing at an annual rate of five percent (5%), compounded annually, from the date of judgment.

5. On November 14, 2014, LRMC and SDP filed a motion for new trial.

6. On January 12, 2015, LRMC and SDP filed a notice of appeal.

7. On January 13, 2015, Lake Travis Transitional LTCH, LLC n/k/a Lake Travis Specialty Hospital, L.L.C ("LTT") filed its notice of appeal.

8. The extensive clerk's record, over 13,300 pages was filed on June 16, 2015. (A supplemental clerk's record was filed on May 21 and a second supplemental clerk's record was filed on June 18.) The clerk's record, however, is not complete as several items requested by LRMC and SDP were omitted. LRMC and SDP have asked the district clerk to supplement the record with those additional items.

9. The extensive reporter's record was filed on June 23, 2015. A supplemental court reporter's record was filed on June 30, 2015. A second supplemental reporter's record is expected to be filed shortly.

## REASONS FOR REQUESTED

10. The record in this appeal is sizeable.

11. LRMC's and SDP's counsel is also in the midst of preparing filings in an arbitration between John W. Johnson, Steven J. Lindley, and J. Loren Ross, as the Representatives of the Stockholders of Permian Mud Service, Inc. and Ecolab Inc.

12. This request is not sought for delay only but so that justice may be done.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Appellants Lakeway Regional Medical Center, LLC and Surgical Development Partners, LLC ask that this Court

grant this, their *First **Unopposed** Motion for Extension of Time to File Their Opening Appellants' Briefs*, and extend the deadline to August 31, 2015, and for such further relief to which they may be entitled.

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: ___*/s/ Joy M. Soloway*___
Jeff Cody
*jeff.cody@nortonrosefulbright.com*
State Bar No. 4468960
Barton Wayne Cox
*beau.cox@nortonrosefulbright.com*
State Bar No. 24065087
James V. Leito IV
*james.leito@nortonrosefulbright.com*
State Bar No. 24054950
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-2784
Telephone: (214) 855-8000
Telecopier: (214) 855-8200

Joy M. Soloway
*joy.soloway@nortonrosefulbright.com*
State Bar No. 18838700
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
Telecopier: (713) 651-5246

*Counsel for Appellants/Cross-Appellees*
*Lakeway Regional Medical Center, LLC and*
*Surgical Development Partners, LLC*

**WRIGHT & CLOSE, LLP**
Jessica Z. Barger
*barger@wrightclose.com*
State Bar No. 24032706
Raffi Melkonian
*melkonian@wrightclose.com*
State Bar No. 24090587
One Riverway, Suite 2200
Houston, TX 77056
Telephone: (713) 572-4321
Telecopier: (713) 572-4320
*Counsel for Appellant/Cross-Appellee*
*Surgical Development Partners, LLC*

## CERTIFICATE OF CONFERENCE

I certify that Jane Webre and Ryan Fellman, counsel for Appellees in this appeal, are not opposed to the relief sought in this motion.

*/s/ Joy M. Soloway*
Joy M. Soloway

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July 2015, the foregoing motion was served by electronic service upon the following counsel of record:

Mr. S. Abraham Kuczaj III
*akuczaj@scottdoug.com*
Ms. Paige A. Amstutz
*pamstutz@scottdoug.com*
Mr. Steven J. Wingard
*swingard@scottdoug.com*
Jane Webre
*jwebre@scottdoug.com*
SCOTT, DOUGLASS & MCCONNICO, LLP
303 Colorado, Suite 2400
Austin, TX 78701
*Counsel for Appellee/Cross-Appellant Lake Travis Transitional LTCH, LLC*
***Via Email Only***

Mr. Robert A. Bragalone
*rbragalone@gordonrees.com*
Mr. B. Ryan Fellman
*rfellman@gordonrees.com*
GORDON & REES LLP
2100 Ross Avenue, Suite 2800
Dallas, TX 75201
*Counsel for Appellees Brennan, Manna & Diamond, LLC and Frank T. Sossi*
***Via Email Only***

*/s/ Joy M. Soloway*
JOY M. SOLOWAY